IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHRISTOPHER BUSH,<br><br>   Plaintiff,<br><br>v.<br><br>FORD MOTOR CREDIT<br>COMPANY, LLC,<br><br>   Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:20-cv-00061-P |

### FINAL JUDGMENT

This Judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). The Court issued its order dismissing this case for failure to comply with a court order. *See* ECF No. 46. It is therefore **ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED without prejudice**.

**SO ORDERED** on this **31st day** of **March, 2020.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE